UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| LUIS ALVAREZ HURTADO, | ) | CASE NO. C07-1741-TSZ |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER OF DISMISSAL |
| | ) | |
| A. NEIL CLARK, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

The Court, having reviewed petitioner's 28 U.S.C. § 2241 petition, all papers and exhibits in support and in opposition to that petition, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation, docket no. 18;

(2) Petitioner's Petition for Writ of Habeas Corpus, Dkt. 6, is DENIED; Respondent's Motion to Dismiss, Dkt. 12, is GRANTED; and this action is DISMISSED with prejudice; and

ORDER OF DISMISSAL
PAGE -1

01  (3)  The Clerk is directed to send copies of this Order to the parties and to Judge
02       Theiler.
03  DATED this 2nd day of July, 2008.

                                          _____
                                          Thomas S. Zilly
                                          United States District Judge